**Dismissed and Opinion Filed August 8, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00543-CV

**LONNIE L. MAXIE, Appellant**
**V.**
**HICKORY RANCH APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-01913-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

Lonnie L. Maxie appealed the trial court's May 11, 2017 judgment. By postcard dated May 23, 2017, we notified Maxie that the Court's $205 filing fee had not been paid. We instructed him to pay the fee within ten days and cautioned that the failure to do so might result in dismissal of his appeal. To date, the filing fee has not been paid.

The clerk's record was due July 10, 2017. By postcard dated July 11, we notified the Dallas County Clerk that the record was overdue and instructed the clerk to file it within thirty days. The county clerk's office responded on July 13, 2017, informing us that the clerk's record had not been filed because Maxie had not paid or made arrangements to pay for the fee. That same day, we sent Maxie a letter, instructing him to file, within ten days, written verification that he had paid or made arrangements to pay the fee for the clerk's record or written documentation

that he had been found entitled to proceed without payment of costs. We cautioned Maxie that the failure to comply might result in the dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). As of today, the clerk's record has not been filed and Maxie has not filed a response or otherwise communicated with the Court.

In light of Maxie's failure to comply with this Court's directives, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170543F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LONNIE L. MAXIE, Appellant

No. 05-17-00543-CV     V.

HICKORY RANCH APARTMENTS,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-17-01913-B.
Opinion delivered by Chief Justice Wright,
Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee HICKORY RANCH APARTMENTS recover its costs, if any, of this appeal from appellant LONNIE L. MAXIE.

Judgment entered August 8, 2017.